IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS C. BAKER | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv173 |
| SHERIFF, JEFFERSON COUNTY | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner Thomas C. Baker, an inmate confined at the Jefferson County Jail, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Petitioner challenges his pre-trial confinement. He previously filed another Petition challenging his pretrial confinement. *Baker v. Jefferson County Sheriff*, 1:24cv160 (E.D. Tex.). The prior Petition remains pending before this court. As a result, the above-styled Petition should be dismissed without prejudice as repetitious.

Recommendation

This Petition for Writ of Habeas Corpus lawsuit should be dismissed without prejudice as repetitious.

Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to timely file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved party from entitlement to *de novo* review by the district court of the proposed findings, conclusions

and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.   *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1430 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 28th day of May, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE